# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**STEPHEN TREWIN, ET AL.,**
*Plaintiff*

V.

### SUMMONS IN A CIVIL CASE

**CHURCH DWIGHT, INC.,**
*Defendant*

CASE NUMBER: **3:12−CV−01475−MLC−DEA**

TO: *(Name and address of Defendant):*

Church & Dwight, Inc.
c/o National Registered Agents, Inc. of NJ
100 Canal Pointe Blvd., Suite 108
Princeton, NJ 08540

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James C. Shah
SHEPHERD, FINKELMAN, MILLER & SHAH, LLP
475 White Horse Pike
Collingswood, NJ 08107

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**WILLIAM T. WALSH**
_____
CLERK

**KIM KORCHICK**
_____
(By) DEPUTY CLERK



**ISSUED ON 2012−03−12 09:40:34.0,** Clerk
USDC NJD

Case 3:12-cv-01475-FLW-DEA   Document 5   Filed 03/21/12   Page 2 of 2 PageID: 33
56590
Case 3:12-cv-01475-MLC-DEA   Document 2   Filed 03/12/12   Page 2 of 2 PageID: 27

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 3/15/12 |

| | TITLE |
|---|---|
| NAME OF SERVER *(PRINT)* Dennis Richman | Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☐ Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

☒ Other (specify) : Service upon Church & Dwight, Inc. c/o National Registered Agents of NJ at 100 Canal Pointe Blvd., ste. 212, Princeton, NJ was accepted by Leslie Lofton, person in charge.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/15/12
Date

*Signature of Server*

Dennis Richman's Services
1500 JFK Blvd, ste. 1706, Phila. PA
*Address of Server*                          19102