DOCUMENT ELECTRONICALLY FILED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

STEPHEN TREWIN, et al.         :    Civil Action No: 3:12-cv-01475 (FLW)(DEA)
                               :
               Plaintiff,      :
                               :
       v.                      :
                               :
CHURCH & DWIGHT, INC.          :
                               :
               Defendant       :

**[~~PROPOSED~~] ORDER ADMITTING JOHN A. PECA, ESQUIRE *PRO HAC VICE* TO APPEAR ON BEHALF OF PLAINTIFF IN THIS MATTER**

WHEREAS, this Court having reviewed the materials submitted in support of the motion to admit John A. Peca, *pro hac vice,* it is hereby ORDERED that:

1.  John A. Peca is hereby admitted *pro hac vice* to appear in this matter on behalf of plaintiff;

2.  John A. Peca is hereby required to abide by the rules of this Court and the rules governing the courts of the State of New Jersey, including all disciplinary rules and Local Civil Rule 101.1(c) ;

3.  John A. Peca is hereby required to notify this Court of any matter affecting his standing at the bar of any court;

4.  John A. Peca shall have all pleadings, briefs, and other papers filed with the Court signed by an attorney-of-record authorized to practice in this State and before this Court, who shall be held responsible for them and for the conduct of the attorney admitted *pro hac vice*;

5. John A. Peca shall make payment of $150.00 to the Clerk of the United States District Court in accordance with L.Civ.R. 101.1(c)(3), within twenty (20) days of entry of this Order; and

6. John A. Peca shall comply with the obligations of any attorney admitted to practice in this Court, and shall make payment to the New Jersey Lawyers' Fund for client protection as provided by New Jersey Court Rule 1:28-2(a).

IT IS SO ORDERED.

Dated: *April 9, 2012*

By: _____
Douglas E. Arpert, U.S.M.J.

- *Unopposed/consent*
* *terminate dkt. entry no. 8*