

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| STEPHEN TREWIN, ET AL., <br><br> v. <br><br> CHURCH & DWIGHT CO., INC. | Civil Action No. 3:12-cv-01475(FLW)(DEA) |

**STIPULATION AND [PROPOSED] CONSENT ORDER EXTENDING TIME TO MOVE, ANSWER OR OTHERWISE RESPOND TO CLASS ACTION COMPLAINT**

This Stipulation and Proposed Consent Order is made and entered into as of April 24, 2012 by and between plaintiffs Stephen Trewin and Joseph Farhatt, on behalf of themselves and all others similarly situated ("Plaintiffs") and defendant Church & Dwight Co., Inc. ("Church & Dwight").

WHEREAS, Plaintiffs filed a Class Action Complaint against Church & Dwight on March 9, 2012;

WHEREAS, Plaintiffs served the Complaint on Church & Dwight on March 15, 2012;

WHEREAS, the Court granted the parties' prior request extending the time for Church & Dwight to answer, move, or otherwise respond to the Complaint from April 5, 2012 to May 7, 2012;

WHEREAS, Church & Dwight has requested, and Plaintiffs have consented to, an additional one week extension of time to answer, move, or otherwise respond to the Complaint;

IT IS HEREBY STIPULATED AND AGREED between counsel for the parties that the time for Church & Dwight to move, answer or otherwise respond to the Complaint is extended to May 14, 2012.

| | |
|---|---|
| /s/ James C. Shah <br> James C. Shah <br> Natalie Finkelman Bennett <br> SHEPHERD, FINKELMAN, MILLER & SHAH, LLP <br> 475 White Horse Pike <br> Collingswood, NJ 08107 <br> Telephone: 856.858.1770 | /s/ John P. Barry <br> John P. Barry <br> PROSKAUER ROSE LLP <br> One Newark Center <br> Newark, NJ 07102 <br> Telephone: 973.274.6081 <br> Facsimile: 973.274.3299 |

Facsimile: 856.858.7012
Email: jshah@sfmslaw.com
       nfinkelman@sfmslaw.com

Jayne A. Goldstein
SHEPHERD, FINKELMAN, MILLER &
SHAH, LLP
160 Town Center Circle, Suite 216
Weston, FL 33326
Telephone: 954.515.0123
Facsimile: 954.515.0124
Email: jgoldstein@sfmslaw.com

Eric D. Holland
HOLLAND GROVES SCHNELLER &
STOLZER, LLC
300 North Tucker Boulevard, Suite 801
St. Louis, MO 63101
Telephone: 314.241.8111
Facsimile: 314.241.5554
Email: eholland@allfela.com

Richard J. Arsenault
NEBLETT, BEARD & ARSENAULT
220 Bonaventure Court
P.O. Box 1190
Alexandria, LA 71390
Telephone: 216.621.8484
Facsimile: 216.771.1632
Email: rarsenault@nbalawfirm.com

Charles E. Schaffer
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Telephone: 215.592.1500
Facsimile: 215.592.4663
Email: eschaffer@lfsblaw.com

Adam J. Levitt
WOLF HALDENSTEIN ADLER
FREEMEN & HERZ LLC
55 West Monroe Street, Suite 11111
Chicago, IL 60603
Telephone: 213.984.0000
Facsimile: 312.984.0001
Email: levitt@whafh.com

Email: jbarry@proskauer.com

Richard M. Goldstein*
Lawrence I. Weinstein*
Baldassare Vinti*
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036
Telephone: 212.969.3000
Facsimile: 212.969.2900
Email: rgoldstein@proskauer.com
       lweinstein@proskauer.com
       bvinti@proskauer.com

*pro hac vice to be filed

ATTORNEYS FOR DEFENDANT CHURCH
& DWIGHT CO., INC.

2

John R. Climaco
CLIMACO, WILCOX, PECA,
TARANTINO & GAROFOLIO CO., L.P.A.
55 Public Square, Suite 1950
Cleveland, OH 44113
Telephone: 216.621.8484
Facsimile: 216.771.1632
Email: jrclim@climacolaw.com

*ATTORNEYS FOR PLAINTIFFS AND THE PROPOSED CLASS*

**IT IS SO ORDERED:**

Dated: April 24, 2012

_____
Honorable Douglas E. Arpert
U.S. Magistrate Judge

3