RECEIVED
APR 24 2012
AT 8:30_____M
WILLIAM T. WALSH
CLERK

PROSKAUER ROSE LLP
John P. Barry, Esq.
One Newark Center, 18th Floor
Newark, New Jersey 07102
Tel.: 973.274.3200
Facsimile: 973.274.3299
jbarry@proskauer.com
*Attorneys for Defendant*
Church & Dwight Co., Inc.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Stephen Trewin, et al.<br><br>　　　　Plaintiff<br><br>　v.<br><br>Church & Dwight, Inc.<br><br>　　　　Defendant | Civil Action No. 3:12-cv-01475 (FLW)(DEA)<br><br>(~~Proposed~~)<br><br>**CONSENT ORDER ADMITTING**<br>**COUNSEL *PRO HAC VICE*** |

THIS MATTER having been brought before the Court by Proskauer Rose LLP, attorneys for Defendant Church & Dwight Co., Inc. ("C&D"), on consent of Plaintiff Stephen Trewin, et al., for an order granting the admission *pro hac vice* of Lawrence Weinstein, Esq., Richard Goldstein, Esq. and Baldassare Vinti, Esq., to the bar of the United States District Court for the District of New Jersey; the Court having considered C&D's application, together with the Certifications of John P. Barry, Esq. and Lawrence Weinstein, Esq., Richard Goldstein, Esq. and Baldassare Vinti, Esq.; it appearing that Lawrence Weinstein, Esq., Richard Goldstein, Esq. and Baldassare Vinti, Esq. are members in good standing of the bars listed in their certifications, and

that there are no disciplinary proceedings against them as members of the bar in any jurisdiction; and for good cause appearing:

**IT IS ORDERED** that Lawrence Weinstein, Esq., Richard Goldstein, Esq. and Baldassare Vinti, Esq. be admitted *pro hac vice* to the bar of the United States District Court for the District of New Jersey for the purpose of representing Defendant C&D in the above-captioned action; and it is further

**ORDERED** that Lawrence Weinstein, Esq., Richard Goldstein, Esq. and Baldassare Vinti, Esq. will hereby comply with the requirements of New Jersey Court Rule 1:28-2 and pay the appropriate fee to the New Jersey Lawyers' Fund for Client Protection for each calendar year in which they continue to represent Defendant in the above-captioned action (to the extent that such fee has not otherwise been paid in connection with another matter) and agree to take no fee in any tort case in excess of N.J. Court Rule 1:21-7; and it is further

**ORDERED** that Lawrence Weinstein, Esq., Richard Goldstein, Esq. and Baldassare Vinti, Esq. shall comply with the provisions of L.Civ.R. 101(c)(3) and submit payment to the Clerk of the Court for the District of New Jersey; and it is further

**ORDERED** that Lawrence Weinstein, Esq., Richard Goldstein, Esq. and Baldassare Vinti, Esq. be assisted by the attorneys of record, John P. Barry, a Partner in Proskauer Rose LLP's Newark, New Jersey office, or another attorney associated with the Newark, New Jersey office, with whom the Court and opposing counsel may readily communicate regarding the conduct of this case and upon whom pleadings and other papers may be served; and it is further

**ORDERED** that Lawrence Weinstein, Esq., Richard Goldstein, Esq. and Baldassare Vinti, Esq. be bound by the disciplinary rules of the Court.

Stipulated as to entry and form:

| | |
|---|---|
| PROSKAUER ROSE LLP<br>One Newark Center<br>Newark NJ 07102-5310<br>(973) 274-3200<br>*Attorneys for Defendant* | SHEPHERD, FINKELMAN, MILLER & SHAH, LLP<br>475 White Horse Pike<br>Collingswood, NJ 08107-1909<br>(856) 858-1770<br>*Attorneys for Plaintiff* |
| By: __s/John P. Barry__<br>John P. Barry | By: __s/James C.Shah__<br>James C. Shah |

**SO ORDERED** this __24th__ day of __April__, 2012

_____
Honorable Douglas E. Arpert, U.S.M.J.

— unopposed/consent
+ permits dkt. entry no. 14

3