RECEIVED

MAY 14 2012

AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

DOCUMENT ELECTRONICALLY FILED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STEPHEN TREWIN, et al. | : Civil Action No: 3:12-cv-01475 (FLW)(DEA) |
| Plaintiff, | : |
| v. | : |
| CHURCH & DWIGHT, INC. | : |
| Defendant | : |

### [PROPOSED] ORDER ADMITTING ERIC D. HOLLAND, ESQUIRE *PRO HAC VICE* TO APPEAR ON BEHALF OF PLAINTIFF IN THIS MATTER

WHEREAS, this Court having reviewed the materials submitted in support of the motion to admit Eric D. Holland, *pro hac vice,* it is hereby ORDERED that:

1. Eric D. Holland is hereby admitted *pro hac vice* to appear in this matter on behalf of plaintiff;

2. Eric D. Holland is hereby required to abide by the rules of this Court and the rules governing the courts of the State of New Jersey, including all disciplinary rules and Local Civil Rule 101.1(c) ;

3. Eric D. Holland is hereby required to notify this Court of any matter affecting his standing at the bar of any court;

4. Eric D. Holland shall have all pleadings, briefs, and other papers filed with the Court signed by an attorney-of-record authorized to practice in this State and before this Court, who shall be held responsible for them and for the conduct of the attorney admitted *pro hac vice*;

5.  Eric D. Holland shall make payment of $150.00 to the Clerk of the United States District Court in accordance with L.Civ.R. 101.1(c)(3), within twenty (20) days of entry of this Order; and

6.  Eric D. Holland shall comply with the obligations of any attorney admitted to practice in this Court, and shall make payment to the New Jersey Lawyers' Fund for client protection as provided by New Jersey Court Rule 1:28-2(a).

IT IS SO ORDERED.

Dated: May 14, 2012

By: _____
Douglas E. Arpert, U.S.M.J.

— Unopposed/Consent
* terminate dkt. entry no. 18