Wanda L. Ellert
**Proskauer Rose LLP**
One Newark Center
Newark, NJ 07102
Tel: (973) 274-3285
Fax: (973) 274-3299
wellert@proskauer.com

Richard M. Goldstein *
Lawrence I. Weinstein *
Baldassare Vinti *
**Proskauer Rose LLP**
11 Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900
* Admitted *Pro Hac Vice*

*Attorneys for Defendant
Church & Dwight Co., Inc.*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
STEPHEN TREWIN and JOSEPH FARHATT, On Behalf of Themselves and All Others Similarly Situated,

                Plaintiff,

  -against-

CHURCH & DWIGHT, INC.

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Civ. No. 3:12-CV-01475 (FLW) (DEA)

**Motion Date:** June 18, 2012

*Document Electronically Filed*

**Oral Argument Requested**

**DEFENDANT CHURCH & DWIGHT'S NOTICE OF MOTION TO DISMISS
PLAINTIFFS' COMPLAINT PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)**

**PLEASE TAKE NOTICE** that, on June 18, 2012 at 9:00 a.m., or at such other date and time as the Court shall designate, the undersigned, attorneys for Defendant Church & Dwight Co., Inc. ("Church & Dwight"), will, and hereby do, respectfully move the Honorable Freda L. Wolfson, U.S.D.J., presiding at the United States District Court for the District of New Jersey, Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, New Jersey, 08608, for an Order, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing Plaintiffs' Complaint in its entirety with prejudice.

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, Defendant Church & Dwight will rely upon the memoranda of law filed in connection with its motion, the Declaration of Baldassare Vinti, all other pleadings on file in this action and any oral argument permitted by the Court.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested in the event there is opposition to this Motion.

Dated: May 14, 2012

Respectfully submitted,

/s/ Wanda L. Ellert
Wanda L. Ellert
**Proskauer Rose LLP**
One Newark Center
Newark, NJ 07102
Tel: (973) 274-3285
Fax: (973) 274-3299
wellert@proskauer.com

Richard M. Goldstein *
Lawrence I. Weinstein *
Baldassare Vinti *
**Proskauer Rose LLP**
11 Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900
* Admitted *Pro Hac Vice*

*Attorneys for Defendant*
*Church & Dwight Co., Inc.*