Wanda L. Ellert
**Proskauer Rose LLP**
One Newark Center
Newark, NJ 07102
Tel: (973) 274-3285
Fax: (973) 274-3299
wellert@proskauer.com

Richard M. Goldstein *
Lawrence I. Weinstein *
Baldassare Vinti *
**Proskauer Rose LLP**
11 Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900
* Admitted *Pro Hac Vice*

*Attorneys for Defendant*
*Church & Dwight Co., Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

------------------------------------
STEPHEN TREWIN and JOSEPH
FARHATT, On Behalf of Themselves and
All Others Similarly Situated,

                        Plaintiff,

    -against-

CHURCH & DWIGHT, INC.

                        Defendant.
------------------------------------

Civ. No. 3:12-CV-01475 (FLW) (DEA)


**[PROPOSED] ORDER GRANTNG DEFENDANT CHURCH & DWIGHT'S
MOTION TO DISMISS PLAINTIFFS' COMPLAINT PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)**

**THIS MATTER** having been presented to the Court by way of Defendant Church & Dwight's Co., Inc.'s Motion to Dismiss, and the Court having considered all of the papers filed in support of and in opposition to the Motion and all arguments of counsel, and for good cause shown:

**IT IS** on this _____ day of _____, 2012, **ORDERED** that:

1. Plaintiffs' Complaint in this action is hereby dismissed with prejudice.

_____

The Honorable Freda L. Wolfson, U.S.D.J.