## **CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of May, 2012, I caused to be served the foregoing Defendant Church & Dwight's Notice of Motion to Dismiss Plaintiffs' Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6); Declaration of Baldassare Vinti in Support of Church & Dwight Co., Inc.'s Motion to Dismiss Plaintiffs' Class Action Complaint; Defendant Church & Dwight's Memorandum of Law in Support of Motion to Dismiss Plaintiffs' Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6) and proposed form of Order, via ECF on:

James C. Shah, Esq.
Natalie Finkelman Bennet, Esq.
Shepard, Finkelman, Miller & Shah, LLP
475 White Horse Pike
Collingswood, NJ  08107-1909


By: /s/ Wanda L. Ellert
Wanda L. Ellert


Dated:  May 14, 2012