PROSKAUER ROSE LLP
Wanda L. Ellert
One Newark Center
Newark, NJ  07102
Ph.:  (973) 274-3200
Fax: (973) 274-3299
wellert@proskauer.com

Richard M. Goldstein*
Lawrence I. Weinstein
Baldassare Vinti*
Eleven Times Square
New York, NY  10036
Ph.:  (212) 969-3000
Fax: (212) 969-2900
rgoldstein@proskauer.com
lweinstein@proskauer.com
bvinti@proskauer.com
*Admitted *pro hac vice*
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| STEPHEN TREWIN and JOSEPH FARHATT, On Behalf of Themselves and All Others Similarly Situtated, <br><br> *Plaintiff,* <br><br> -against- <br><br> CHURCH & DWIGHT, INC. <br><br> *Defendants.* | Civil Action No. 3:12-cv-01475 (FLW)(DEA) <br><br> Document Electronically Filed <br><br><br> **CERTIFICATION PURSUANT TO LOCAL CIVIL RULE 11.2** |

Defendant Church & Dwight Co, Inc. hereby certifies that, to the best of its knowledge, the matter in controversy is not the subject of any other action pending in any court, or of any pending arbitration or administrative proceeding.  .

Dated: Newark, New Jersey
         May 14, 2012

PROSKAUER ROSE LLP

/s/ Wanda L. Ellert_____
Wanda L. Ellert
One Newark Center
Newark, NJ  07102
Ph.:  (973) 274-3200
Fax: (973) 274-3299
wellert@proskauer.com

Richard M. Goldstein*
Lawrence I. Weinsten*
Baldasarre Vinti
Eleven Times Square
New York, NY  10036
Ph.:  (212) 969-3000
Fax: (212) 969-2900
rgoldstein@proskauer.com
lweintstein@proskauer.com
bvinti@proskauer.com
*Admitted *pro hac vice*
*Attorneys for Defendants*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that, on May 14, 2012, I caused the foregoing Certification Pursuant to Local Civil Rule 11.2 to be served by ECF upon the Court and on the following counsel for Plaintiff via ECF on:

James C. Shah, Esq.
Natalie Finkelman Bennet, Esq.
Shepard, Finkelman, Miller & Shah, LLP
475 White Horse Pike
Collingswood, NJ 08107-1909

/s/ Wanda L. Ellert_____
Wanda L. Ellert

6058/53750-394 current/25894801v1