UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY


Plaintiff(s)                    :          Civil Action No. 3:12-cv-01475

STEPHEN TREWIN, et al.,         :
                                :
                                :
                                :
        v.                      :

CHURCH & DWIGHT, INC.           :

Defendant (s)                   :

**REQUEST BY LOCAL COUNSEL FOR
PRO HAC VICE ATTORNEY
TO RECEIVE ELECTRONIC NOTIFICATION**

Request is hereby made by local counsel for *pro hac* vice counsel to receive electronic notification in the within matter, and it is represented that:

1.  An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2.  If admission was granted after March 22, 2005, the Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.


/s/ Wanda L. Ellert
Signature of Local Counsel
Wanda L. Ellert, Esq..


PRO HAC VICE ATTORNEY INFORMATION:


Name:       __Baldassare Vinti_____ _

Address: _____Proskauer Rose, LLP, 11 Times Square, New York, NY  10036-8299

_____

e-Mail:  bvinti@proskauer.com_____

Instructions for **LOCAL COUNSEL** for filing:

1. Select the Case Type (Civil) from the menu bar at the top of
2. Click on **Notices.**
3. Select the event, **Notice of Pro Hac Vice to Receive NEF.**
4. Enter the case for which the Request is being filed.
5. Select the PDF document to file.
6. Proofread the docket text.
7. Submit the Request to ECF by clicking the **NEXT** button.