UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| STEPHEN TREWIN, et al., | : | Civil Action No. 12-1475 (FLW) |
| Plaintiffs, | : | |
| v. | : | INITIAL SCHEDULING ORDER |
| CHURCH & DWIGHT, INC., | : | |
| Defendant. | : | |

This matter having come before the Court during an Initial Scheduling Conference on May 31, 2012, pursuant to FED. R. CIV. P.16; and the Court having conferred with counsel; and good cause appearing for the entry of the within Order;

IT IS on this 5th day of June 2012,

ORDERED THAT:

1. Counsel have advised the Court that the Parties have complied with the disclosure requirements of FED. R. CIV. P. 26(a)(1).

2. The Parties shall serve their respective discovery requests, as to both class and merits issues, by July 16, 2012.

3. Counsel shall meet and confer concerning the scope of class related discovery by August 15, 2012.

4. Counsel must confer in a good faith attempt to resolve any discovery or case management disputes. Any unresolved discovery or case management disputes must be brought to the Magistrate Judge's attention immediately by letter to the undersigned and/or conference call with local counsel. L. CIV. R. 37.1(a)(1).

5. A telephone status conference will be held by the undersigned on August 29, 2012 at 11:30 A.M. Defense counsel will initiate this call. Counsel shall submit a joint statement setting forth the result of their "meet and confer" at least 48 hours in advance of their conference.

    6.  Counsel are invited to use the *George H. Barlow* Attorney Conference room located on the third floor of the Courthouse Annex.  The room is equipped with telephones, laptop access/printer, copier, and *fax*.

                *s/ Douglas E. Arpert*
                DOUGLAS E. ARPERT
                United States Magistrate Judge


**ALL PROPOSED ORDERS SENT TO CHAMBERS SHOULD BE IN WORDPERFECT FORMAT AND E-MAILED TO: dea_orders@njd.uscourts.gov.  ANY FILINGS WITH THE CLERK'S OFFICE SHOULD BE IN PDF FORMAT.**