UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

```
STEPHEN TREWIN, ET AL.,

       v.

CHURCH & DWIGHT CO., INC.
```

Civil Action No. 3:12-cv-01475(FLW)(DEA)

RECEIVED
JUN 20 2012
DOUGLAS E. ARPERT
U.S. MAGISTRATE JUDGE

**STIPULATION AND PROPOSED ORDER EXTENDING
CHURCH & DWIGHT'S TIME TO REPLY TO PLAINTIFFS'
OPPOSITION TO MOTION TO DISMISS THE COMPLAINT**

This Stipulation is made and entered into as of June 19, 2012 and between plaintiffs Stephen Trewin and Joseph Farhatt, on behalf of themselves and all others similarly situated ("Plaintiffs") and defendant Church & Dwight Co., Inc. ("Church & Dwight").

WHEREAS, Plaintiffs filed a Class Action Complaint against Church & Dwight on March 9, 2012;

WHEREAS, Plaintiffs served the Complaint on Church & Dwight on March 15, 2012;

WHEREAS, Church & Dwight filed a motion to dismiss the complaint on May 14, 2012;

WHEREAS, Plaintiffs filed their opposition to the motion to dismiss on June 18, 2012;

WHEREAS, the current deadline for Church & Dwight to reply to Plaintiffs' opposition to the motion to dismiss is June 25, 2012;

IT IS HEREBY STIPULATED AND AGREED between counsel for the parties that: (1) the time for Church & Dwight to reply to Plaintiffs' opposition to the motion to dismiss is July 2, 2012; and (2) that the motion day for said motion is adjourned from July 2, 2012 to July 16, 2012.

| /s/ James C. Shah | /s/ Wanda L. Ellert |
|---|---|
| James C. Shah | Wanda L. Ellert |
| Natalie Finkelman Bennett | PROSKAUER ROSE LLP |
| SHEPHERD, FINKELMAN, MILLER & | One Newark Center |
| SHAH, LLP | Newark, NJ 07102 |
| 475 White Horse Pike | Telephone: 973.274.3285 |
| Collingswood, NJ 08107 | Facsimile: 973.274.3299 |

1

Telephone: 856.858.1770
Facsimile: 856.858.7012
Email: jshah@sfmslaw.com
nfinkelman@sfmslaw.com

Jayne A. Goldstein
SHEPHERD, FINKELMAN, MILLER &
SHAH, LLP
160 Town Center Circle, Suite 216
Weston, FL 33326
Telephone: 954.515.0123
Facsimile: 954.515.0124
Email: jgoldstein@sfmslaw.com

Eric D. Holland
HOLLAND GROVES SCHNELLER &
STOLZER, LLC
300 North Tucker Boulevard, Suite 801
St. Louis, MO 63101
Telephone: 314.241.8111
Facsimile: 314.241.5554
Email: eholland@allfela.com

Richard J. Arsenault
NEBLETT, BEARD & ARSENAULT
220 Bonaventure Court
P.O. Box 1190
Alexandria, LA 71390
Telephone: 216.621.8484
Facsimile: 216.771.1632
Email: rarsenault@nbalawfirm.com

Charles E. Schaffer
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Telephone: 215.592.1500
Facsimile: 215.592.4663
Email: eschaffer@lfsblaw.com

Adam J. Levitt
WOLF HALDENSTEIN ADLER
FREEMEN & HERZ LLC
55 West Monroe Street, Suite 11111
Chicago, IL 60603
Telephone: 213.984.0000
Facsimile: 312.984.0001

Email: wellert@proskauer.com

Richard M. Goldstein
Lawrence I. Weinstein
Baldassare Vinti
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036
Telephone: 212.969.3000
Facsimile: 212.969.2900
Email: rgoldstein@proskauer.com
lweinstein@proskauer.com
bvinti@proskauer.com

*ATTORNEYS FOR DEFENDANT CHURCH & DWIGHT CO., INC.*

2

Email: levitt@whafh.com

John R. Climaco
CLIMACO, WILCOX, PECA,
TARANTINO & GAROFOLI CO., L.P.A.
55 Public Square, Suite 1950
Cleveland, OH 44113
Telephone: 216.621.8484
Facsimile: 216.771.1632
Email: jrclim@climacolaw.com

*ATTORNEYS FOR PLAINTIFFS AND THE PROPOSED CLASS*

**IT IS SO ORDERED:**

Dated: June 20, 2012

_____
Honorable Douglas E. Arpert
U.S. Magistrate Judge

3