UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

STEPHEN TREWIN and JOSEPH FARHATT, On Behalf of Themselves and All Others Similarly Situated,

       Plaintiff,

-against-

CHURCH & DWIGHT, INC.

       Defendant.

---

Civ. No. 3:12-CV-01475 (FLW) (DEA)

**DECLARATION OF ARIELLE DYNER IN SUPPORT OF CHURCH & DWIGHT CO., INC.'S MOTION TO DISMISS PLAINTIFFS' CLASS ACTION COMPLAINT**

Pursuant to 28 U.S.C. § 1746, I, Arielle Dyner, declare as follows:

1. I submit this Declaration in support of Defendant Church & Dwight Co., Inc.'s Motion to Dismiss Plaintiffs' Class Action Complaint.

2. On June 29, 2012, I shopped at the Duane Reade drugstore located at 625 8th Avenue, New York, New York, where I purchased the deodorant products described in paragraphs 3 through 5, below. Attached as Exhibit 1 is a true and correct copy of my receipt for the products I purchased, which indicates the deodorant products' names, cost, and size.

3. Attached as Exhibit 2 is a true and correct copy of the front and back labels of a 2.5-ounce Arm & Hammer® Essentials™ Natural Deodorant, which I purchased for $3.99, as indicated on the receipt.

4. Attached as Exhibit 3 is a true and correct copy of the front and back labels of a 2.25-ounce Crystal All-Natural Roll-On Deodorant, which I purchased for $4.99, as indicated on the receipt.

5. Attached as Exhibit 4 is a true and correct copy of the front and back labels of a 4-ounce Crystal All-Natural Rock Deodorant Body-Spray, which I purchased for $4.99, as indicated on the receipt.

6. On June 29, 2012 and July 2, 2012, I also shopped at the Duane Reade drugstore located at 661 8th Avenue, New York, New York where I purchased the deodorant products described in paragraphs 7 through 11, below. Attached as Exhibits 5 and 8 are true and correct copies of my receipts for the deodorant products I purchased, which indicate the deodorant products' names, cost, and size.

7. Attached as Exhibit 6 is a true and correct copy of the front and back labels of 3-ounce Naturally Fresh Deodorant Crystal, which I purchased for $5.99, as indicated on the receipt.

8. Attached as Exhibit 7 is a true and correct copy of the front and back labels of 2.25-ounce Tom's Natural Deodorant, which I purchased for $6.49, as indicated on the receipt.

10. Attached as Exhibit 9 is a true and correct copy of the front and back labels of 2.8-ounce Arm & Hammer® Ultramax® Antiperspirant Deodorant, which I purchased for $3.99, as indicated on the receipt.

11. Attached as Exhibit 10 is a true and correct copy of the front and back labels of 3-ounce Old Spice Champion Deodorant, which I purchased for $5.99, as indicated on the receipt.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed in New York, New York, July 2, 2012.

*/s/ Arielle Dyner*

Arielle Dyner