RECEIVED

JUL 3 0 2012

AT 8:30_____M
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

TREWIN et al v. CHURCH & DWIGHT, INC.          Civil 12-1475

Order of Reassignment

It is on this 27th day of July, 2012

O R D E R E D that the entitled action is reassigned from

JUDGE FREDA L. WOLFSON TO JUDGE MICHAEL A. SHIPP.

      S/Jerome B. Simandle_____
JEROME B. SIMANDLE, CHIEF JUDGE
UNITED STATES DISTRICT COURT