

# Proskauer»  Proskauer Rose LLP  Eleven Times Square  New York, NY 10036-8299

October 10, 2012

**Baldassare Vinti**
**Member of the Firm**

d 212.969.3249
f 212.969.2900
bvinti@proskauer.com
www.proskauer.com

<u>**Via Facsimile and Overnight Delivery**</u>

Honorable Douglas E. Arpert
United States Magistrate Judge
Clarkson S. Fisher Building & Courthouse
402 E. State Street
Trenton, NJ 08608
Facsimile 609-989-0451



Re:   *Stephen Trewin et al. v. Church & Dwight, Inc.*
      Civil Action No.: 3:12-CV-01475 (MAS) (DEA)

Dear Judge Arpert:

We are counsel to Church & Dwight Co., Inc. ("Church & Dwight") in the above-referenced action. During the September 21, 2012 telephonic conference, the parties advised Your Honor that although they had reached agreement on the scope of class discovery for much of the discovery that has been served to date, certain open issues remained. On September 28, 2012, Plaintiffs submitted their proposed letter to Your Honor addressing the open discovery issues. Church & Dwight's response to that letter is due on October 11. By this letter, we respectfully request a one-week extension of time (to October 18) to respond to Plaintiffs' letter. We have contacted counsel for Plaintiffs and they have agreed to our request for a one-week extension.

We thank the Court for its consideration of this matter.

Respectfully submitted,

*Baldo*

Baldassare Vinti

Granted

10-11-12

cc: All counsel of record (via e-mail)

Boca Raton | Boston | Chicago | Hong Kong | London | Los Angeles | New Orleans | New York | Newark | Paris | São Paulo | Washington, D.C.