# Proskauer»

Proskauer Rose LLP   One Newark Center   Newark, NJ 07102-5211

A New York Limited Liability Partnership
Lawrence R. Sandak, Managing Resident Partner

November 29, 2012

Wanda L. Ellert
Senior Counsel
d 973.274.3265
f 973.274.3299
wellert@proskauer.com
www.proskauer.com

**Via Facsimile**

Honorable Michael A. Shipp, U.S.D.J.
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Courtroom 7W
Trenton, NJ 08608

Re: **Trewin et al v. Church & Dwight, Inc.**
    **3:12-cv-01475-MAS-DEA**

Dear Judge Shipp:

This letter is being submitted via fax at the suggestion of Your Honor's Clerk.

This firm represents Defendant Church & Dwight Co., Inc. ("Defendant") in the above-referenced matter, for which I am serving as local counsel. An oral argument is scheduled for December 5, 2012, on Defendant's motion to dismiss the complaint pursuant to Fed. R. Civ. P. 12(b)(6). Another attorney from this firm who is admitted *pro hac vice* will be arguing the motion on behalf of Defendant.

I understand that usually local counsel is present for an oral argument before the Court. In this instance, however, Defendant respectfully requests that the Court excuse local counsel from appearing for the oral argument.

James C. Shah, Esq., counsel for Plaintiffs in this action, consents to excusing local counsel for Defendant from appearing for this oral argument.

We thank the Court for its consideration of this request.

Respectfully submitted,

*/s/ Wanda L. Ellert*

Wanda L. Ellert

So Ordered this ___ day
of November, 20 12

cc: James C. Shah, Esq. (via facsimile)

33434091v1

Beijing | Boca Raton | Boston | Chicago | Hong Kong | London | Los Angeles | New Orleans | New York | Newark | Paris | São Paulo | Washington, DC