UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

TREWIN et al.,

        Plaintiffs,

        v.

CHURCH & DWIGHT, INC.,

        Defendant.

Civil Action No. 12-1475 (MAS)(DEA)

**ORDER**

This matter having come before the Court upon the Motion to Dismiss of Defendant Church & Dwight, Inc. ("Defendant") (ECF No. 22), and the Court having carefully considered the pleadings, and having conducted oral argument on December 5, 2012, and for the reasons set forth on the record, and for other good cause shown,

**IT IS** on this 10th day of December, 2012, **ORDERED** that:

1. Defendant's Motion to Dismiss is granted as to Counts I, II and III of Plaintiffs' Complaint, all of which are dismissed without prejudice.

2. The case shall remain open on the Court's docket.

3. Plaintiff shall have until **January 7, 2013** to file an amended complaint consistent with the Court's bench opinion.

                                                      s/ Michael A. Shipp
                                                   **MICHAEL A. SHIPP**
                                                   **UNITED STATES DISTRICT JUDGE**