## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 7, 2013, I caused the Amended Class Action Complaint to

be filed with the Clerk of Court using the CM/ECF system and, by so doing, served all counsel of

record electronically.

                                                        <u>  s/ James C. Shah          </u>
                                                        James C. Shah