Wanda L. Ellert
**Proskauer Rose LLP**
One Newark Center
Newark, NJ 07102
Tel: (973) 274-3285
Fax: (973) 274-3299
wellert@proskauer.com

Richard M. Goldstein *
Lawrence I. Weinstein *
Baldassare Vinti *
**Proskauer Rose LLP**
11 Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900
* Admitted *Pro Hac Vice*

*Attorneys for Defendant*
*Church & Dwight Co., Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>STEPHEN TREWIN and JOSEPH FARHATT, On Behalf of Themselves and All Others Similarly Situated,<br><br>                         Plaintiff,<br><br>   -against-<br><br>CHURCH & DWIGHT, INC.<br><br>                         Defendant.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | Civ. No. 3:12-CV-01475 (MAS) (DEA)<br><br>**APPLICATION PURSUANT TO LOCAL CIVIL RULE 6.1(b) FOR EXTENSION OF TIME TO ANSWER, MOVE AGAINST, OR OTHERWISE RESPOND TO THE AMENDED COMPLAINT**<br><br>Document Electronically Filed |

      Application is hereby made for a Clerk's Order extending the time within which Defendant Church & Dwight Co., Inc. ("Church & Dwight") may answer, move against , or otherwise respond to the Amended Complaint [Docket No. 44] filed by Plaintiffs herein and it is represented that:

1.	No previous extension has been obtained for Church & Dwight's time to answer, move against, or otherwise respond to the Amended Complaint;

2.	Church & Dwight first received a copy of the Amended Complaint on January 7, 2013 via ECF; and

3.	Pursuant to Federal Rule of Civil Procedure 15(a)(3) and Local Rule 5.2(5), Church & Dwight's time to respond/move against/answer the Amended Complaint is January 24, 2013.

4.	Church & Dwight therefore respectfully requests entry of the following Clerk's Order, pursuant to Local Civil Rule 6.1(b), extending its time to answer, move against or otherwise respond to the Amended Complaint fourteen days from January 24, 2013.

Dated: January 15, 2013

Respectfully submitted,

s/ Wanda L. Ellert
Wanda L. Ellert
**Proskauer Rose LLP**
One Newark Center
Newark, NJ 07102
Tel: (973) 274-3285
Fax: (973) 274-3299
wellert@proskauer.com

## **ORDER**

  The above application is ORDERED GRANTED. The new date for Defendant Church & Dwight to answer, move against or otherwise respond to the Amended Complaint is February 7, 2013.

ORDER DATED: _____

        WILLIAM T. WALSH, Clerk


       By:_____
        Deputy Clerk