## CERTIFICATE OF SERVICE

      I hereby certify that on March 4, 2013, I caused Plaintiffs' Opposition to Defendant Church & Dwight, Inc.'s Motion to Dismiss Plaintiffs' Amended Complaint to be filed with the Clerk of Court using the CM/ECF system and, by so doing, served all counsel of record electronically.

                                                /s/Natalie Finkelman Bennett
                                                Natalie Finkelman Bennett