UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| STEPHEN TREWIN, ET AL.,<br><br>v.<br><br>CHURCH & DWIGHT CO., INC. | Civil Action No. 3:12-cv-01475 (MAS)(DEA) |

**STIPULATION AND PROPOSED CONSENT ORDER EXTENDING
CHURCH & DWIGHT'S TIME TO REPLY TO PLAINTIFFS'
OPPOSITION TO MOTION TO DISMISS THE AMENDED COMPLAINT**

This Stipulation is made and entered into as of March 5, 2012, by and between plaintiffs Stephen Trewin and Joseph Farhatt, on behalf of themselves and all others similarly situated ("Plaintiffs") and defendant Church & Dwight Co., Inc. ("Church & Dwight").

WHEREAS, Plaintiffs filed an Amended Class Action Complaint against Church & Dwight on January 7, 2013;

WHEREAS, Church & Dwight filed a motion to dismiss the Amended Complaint on February 7, 2013;

WHEREAS, Plaintiffs filed their opposition to the motion to dismiss on March 4, 2013;

WHEREAS, the current deadline for Church & Dwight to reply to Plaintiffs' opposition to the motion to dismiss is March 11, 2013;

IT IS HEREBY STIPULATED AND AGREED between counsel for the parties that: (1) the time for Church & Dwight to reply to Plaintiffs' opposition to the motion to dismiss is March 21, 2013; and (2) that the motion day for said motion is adjourned from March 18, 2013 to April 1, 2013. The motion will be decided on the papers unless counsel are advised otherwise by Chambers.

1

/s/ James C. Shah
James C. Shah
Natalie Finkelman Bennett
SHEPHERD, FINKELMAN, MILLER &
SHAH, LLP
475 White Horse Pike
Collingswood, NJ 08107
Telephone: 856.858.1770
Facsimile: 856.858.7012
Email: jshah@sfmslaw.com
   nfinkelman@sfmslaw.com

Jayne A. Goldstein
SHEPHERD, FINKELMAN, MILLER &
SHAH, LLP
160 Town Center Circle, Suite 216
Weston, FL 33326
Telephone: 954.515.0123
Facsimile: 954.515.0124
Email: jgoldstein@sfmslaw.com

Eric D. Holland
HOLLAND GROVES SCHNELLER &
STOLZE, LLC
300 North Tucker Boulevard, Suite 801
St. Louis, MO 63101
Telephone: 314.241.8111
Facsimile: 314.241.5554
Email: eholland@allfela.com

Richard J. Arsenault
NEBLETT, BEARD & ARSENAULT
220 Bonaventure Court
P.O. Box 1190
Alexandria, LA 71309
Telephone: 216.621.8484
Facsimile: 216.771.1632
Email: rarsenault@nbalawfirm.com

Charles E. Schaffer
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Telephone: 215.592.1500
Facsimile: 215.592.4663
Email: eschaffer@lfsblaw.com

/s/ Wanda L. Ellert
Wanda L. Ellert
PROSKAUER ROSE LLP
One Newark Center
Newark, NJ 07102
Telephone: 973.274.3285
Facsimile: 973.274.3299
Email: wellert@proskauer.com

Richard M. Goldstein
Lawrence I. Weinstein
Baldassare Vinti
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036
Telephone: 212.969.3000
Facsimile: 212.969.2900
Email: rgoldstein@proskauer.com
   lweinstein@proskauer.com
   bvinti@proskauer.com

*ATTORNEYS FOR DEFENDANT CHURCH
& DWIGHT CO., INC.*

2

Adam J. Levitt
WOLF HALDENSTEIN ADLER
FREEMEN & HERZ LLC
55 West Monroe Street, Suite 1111
Chicago, IL 60603
Telephone: 213.984.0000
Facsimile: 312.984.0001
Email: levitt@whafh.com

John R. Climaco
CLIMACO, WILCOX, PECA,
TARANTINO & GAROFOLI CO., L.P.A.
55 Public Square, Suite 1950
Cleveland, OH 44113
Telephone: 216.621.8484
Facsimile: 216.771.1632
Email: jrclim@climacolaw.com

*ATTORNEYS FOR PLAINTIFFS AND THE PROPOSED CLASS*

**IT IS SO ORDERED:**

Dated: March 7, 2013

_____
**Michael A. Shipp**
**United States District Judge**