Jayne A. Goldstein
**POMERANTZ GROSSMAN HUFFORD**
 **DAHLSTROM & GROSS LLP**
1792 Bell Tower Lane
Suite 203
Weston, FL 33326
954.315.3454
*Counsel for Plaintiff s*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| STEPHEN TREWIN and JOSEPH FARHATT, On Behalf of Themselves and All Others Similarly Situated<br><br>    Plaintiffs,<br>v.<br><br>CHURCH & DWIGHT, INC.,<br><br>    Defendants. | Case No.: 3:12-cv-01475-MLC-DEA |

**NOTICE OF CHANGE OF LAW FIRM AFFILIATION AND ENTRY OF APPEARANCE**

TO THE CLERK OF THE COURT:

   PLEASE TAKE NOTICE that Jayne A. Goldstein, counsel for Plaintiffs and in the above-captioned matter, is no longer affiliated with Shepherd, Finkleman, Miller & Shah, LLP. Ms. Goldstein is now affiliated with the law firm of Pomerantz Grossman Hufford Dahlstrom and Gross, LLP, located at 1792 Bell Tower Lane, Suite 203, Weston, FL 33326, tel.: 954-315-3454, fax: 954-315-3455.

   Please enter the appearance of Pomerantz Grossman Hufford Dahlstrom and Gross, LLP and attorney Jayne A. Goldstein as counsel for Plaintiffs in the above-captioned matter. Ms. Goldstein is admitted to practice before the District of New Jersey pro hac vice.

{00079112;1 }

Dated:   March 22, 2013

Respectfully submitted,

s/ Jayne A. Goldstein
Jayne A. Goldstein
**POMERANTZ GROSSMAN HUFFORD DAHLSTROM & GROSS LLP**
1792 Bell Tower Lane
Suite 203
Weston, FL 33326
954.315.3454
212.661.3455 (fax)

*Counsel for Plaintiffs*

{00079112;1 }

## CERTIFICATE OF SERVICE

    The undersigned certifies that on this 22nd day of March, 2013, the foregoing was electronically filed and served on the parties via the ECF system, and is available for viewing and downloading the ECF system.

                                                  s/ Kristin M. Saletto
                                                  Kristin M. Saletto