## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 28, 2013, I caused foregoing to be filed with the Clerk of Court using the CM/ECF system and, by so doing, served all counsel of record electronically.

                                                                   s/James C. Shah  
                                                                   James C. Shah