**UNITED STATED DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE: TRENTON** **DATE:** June 18, 2015

**JUDGE**: MICHAEL A. SHIPP

**COURT REPORTER:** CATHY FORD

**Docket # 12-CV-1475**

**TITLE OF CASE:**
STEPHEN TREWIN, ET. AL.
vs.
CHURCH & DWIGHT, INC.

**DEFT. PRESENT**

**APPEARANCES:**
**James Shah, Esq. for Plaintiff**
**Baldassare Vinti, Esq. for Defendant**

**NATURE OF PROCEEDINGS: Final Approval/Fairness Hearing**
Hearing on Class Representatives application for final approval of settlement (#64).
Terms of settlement placed on the record.
Stephen Trewin sworn, colloquy conducted regarding terms of settlement.
Decision placed on the record.
Class Certification and Settlement Approved.
Order to be entered.

Time commenced: 1:10 PM
Time Adjourned: 1:40 PM
Total Time: 30 MIN

s/Nativelis Rodriguez
DEPUTY CLERK